IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV349-MU

| | |
|---|---|
| JENNIFER L. KENNA and K&K PRODUCTIONS, LLC, ) ) ) Plaintiffs, ) ) vs. ) ) KBW COMMUNICATIONS, INC., ) *et al.*, ) ) Defendants. ) | ORDER |

This matter is before the court upon Defendant CC Coupon's Motions to Dismiss, filed January 25, 2006. The motion were filed without a brief, as required by Local Rule 7.2. Counsel was advised via telephone message that a brief was required to be filed. To date, no brief has been filed. Thus, the court will deny the motions at this time, with leave to refile with a brief in compliance with L.R. 7.2.

IT IS SO ORDERED.

Signed: March 20, 2006

Graham C. Mullen
United States District Judge