IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CV-349-GCM

| | |
|---|---|
| JENNIFER L. KENNA, et al,  )<br>　　　　Plaintiffs,　　　　)<br>　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>DBW COMMUNICATIONS, INC., *et al,*  )<br>　　　　Defendants.　　　　) | **ORDER** |

    This matter is before the Court upon its own motion. The parties are directed to appear in Judge's chamber in Room 230 for a Status Conference in the above captioned case on **Wednesday, August 29, 2007 at 11:00 a.m.** .

    IT IS SO ORDERED.

                                   Signed: August 10, 2007

                                   Graham C. Mullen
                                   United States District Judge