IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV349-MU

| | | |
|---|---|---|
| JENNIFER L. KENNA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| K & K PRODUCTIONS, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court upon its own motion. Discovery ended in this case on April 9, 2007. Since that date, no activity has occurred in this case. The court ordered a status conference which was held on August 29, 2007. Counsel for the Plaintiff and Defendant CC Coupon attended. Plaintiff's counsel advised the court that despite numerous attempts, he has been unable to contact his client and was unable to proceed with the case. On September 13, 2007, counsel for the Plaintiff moved to withdraw and the court granted the motion. Accordingly,

    IT IS THEREFORE ORDERED that Plaintiff is hereby directed to show cause within fourteen (14) days of the date of entry of this Order why this case should not be dismissed for failure to prosecute. The Clerk is directed to send the Plaintiff, Jennifer L. Kenna, a copy of this Order by certified mail, return receipt requested, to the following addresses: P.O. Box 814 Dallas, NC 28034 and 501 W. Second Ave. Gastonia, NC 28052.

                                          Signed: September 20, 2007
                                          Signed: September 20, 2007

                                          Graham C. Mullen
                                          United States District Judge