IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV349

| | | |
|---|---|---|
| JENNIFER L. KENNA and K&K PRODUCTIONS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| KBW COMMUNICATIONS, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

  This matter is before the court upon its own motion. On September 20, 2007, the court issued an Order directing the Plaintiff Jennifer L. Kenna to show cause why this matter should not be dismissed for failure to prosecute. Plaintiff failed to remain in contact with her attorney despite his numerous attempts to reach her to determine how she wished to proceed. Counsel therefore moved to withdraw from representation of the Plaintiff. The show cause Order was sent to the Plaintiff at two addresses provided by her former counsel via certified mail, return receipt requested. The docket reflects that the Order was returned unclaimed. It appears to the court that Plaintiff does not wish to pursue this case, and it will therefore be dismissed for failure to prosecute.

  IT IS THEREFORE ORDERED that this case is hereby DISMISSED.

            Signed: October 15, 2007

            Graham C. Mullen
            United States District Judge